UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEVIN BERRY, *et al.*, | § | Cause No. 2:18-cv-00318 |
| | § | |
| Plaintiffs, | § | |
| | § | CLASS ACTION |
| v. | § | |
| | § | |
| | § | NOTICE OF VOLUNTARY |
| ROBERT BOSCH GMBH, *et al.*, | § | DISMISSAL WITHOUT |
| | § | PREJUDICE PURSUANT TO |
| | § | FEDERAL RULE OF CIVIL |
| Defendants. | § | PROCEDURE 41(a)(1)(A)(i) |
| | § | |

All Plaintiffs in this action, and specifically, Kevin Berry, Darren Barsness, Christopher Bestor, Ron Crowley, Roger W. Dunagan, Daryle Craig Eagle, John Fisher, Jared Geuder, Blake Gressett, Tanner Griffin, Richard Terrell Haydock, Robert Hearne, Charles Dale Hoyt, Cedric Jones, Jack Landry Mann, Michael Mathews, Shane McCaslin, Jimmy Orozco, Jimmy Jose Ortiz, Christopher Lee Perry, Todd Robinson, Ray Anthony Rodriguez, Sara Rook, Joshua Schatzel, Joseph Anthony Stallone, Charley Tanner, David Walker, Rudy Zepeda, Aldo Granillo, and Michael Jeffcoat, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), dismiss their claims *without prejudice* against all Defendants in this action, with each party to bear their own attorney's fees and costs.

Dated: December 19, 2018          Respectfully submitted,

/s/ Robert C. Hilliard
**HILLIARD, MARTINEZ, GONZALES LLP**
Robert C. Hilliard, Esq.
Texas State Bar No. 09677700
Federal I.D. No. 5912
E-mail: bobh@hmglawfirm.com
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Telephone: (361) 882-1612

    Facsimile: (361) 882-3015
***ATTORNEY IN CHARGE FOR PLAINTIFFS***

**OF COUNSEL:**
Rudy Gonzales, Jr.
Texas State Bar No. 08121700
Federal I.D. No. 1896
Email: rudy@hmglawfirm.com
John B. Martinez
Texas State Bar No. 24010212
Federal I.D. No. 25316
Email: john@hmglawfirm.com
Marion Reilly
Texas State Bar No. 24079195
Federal I.D. No. 1357491
Email: marion@hmglawfirm.com
Bradford P. Klager
State Bar No. 24012969
Federal I.D. No. 24435
Email: brad@hmglawfirm.com

**HILLIARD MARTINEZ GONZALES LLP**
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Phone: (361) 882-1612
Fax: (361) 882-3015

-And-

T. Michael Morgan, Esq.
FBN: 0062229
E-Mail: mmorgan@forthepeople.com
Secondary Email: plarue@forthepeople.com
**MORGAN & MORGAN, P.A.**
20 North Orange Ave., Ste. 1600
P.O. Box 4979
Orlando, FL 32801
Tel.: (407) 418-2081
Fax: (407) 245-3392

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I electronically filed the foregoing using the CM/ECF system which will serve notification of such filing to the email of all counsel of record in this action.

/s/ *Robert C. Hilliard*
Robert C. Hilliard