United States District Court
Southern District of Texas
**ENTERED**
December 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEVIN BERRY, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-318 |
| | § | |
| ROBERT BOSCH GMBH, *et al.* | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (D.E. 26), the Court enters

final judgment dismissing this action without prejudice.

ORDERED this 27 day of December, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1